# CONNORS LLP

**Attorneys At Law**
Terrence M. Connors
Randall D. White*
John T. Loss
Vincent E. Doyle III
Michael J. Roach
Lawlor F. Quinlan III
James W. Grable, Jr.
Joseph D. Morath, Jr.
Mollie C. McGorry
Paul A. Woodard
Nicholas A. Romano
Caitlin M. Higgins
Christina L. Saccocio
Christopher J. Larrabee
Caitlin E. O'Neil
Trevor N. White

**Paralegals**
Curtis J. Ahrens, Jr.
John P. Kromer
Sara E. Lyons
Christine A. Trojan, R.N.
Katherine M. Grossberg
Margaret Dickey, R.N.
Julie Scott, L.P.N.
Lea Ann Wilczak, R.N.

*Also admitted in
 District of Columbia

September 20, 2017

**VIA ECF**

Hon. Michael J. Roemer
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

Re:   United States v. Myszka, No. 1:17-mj-05112-MJR, Request to Modify Travel Restrictions

Dear Magistrate Judge Roemer:

As you are aware, we represent Kevin Myszka in the above matter.

Kevin continues to satisfy all of the Court's conditions of release. Indeed, he has obtained employment where he has received excellent reviews. Kevin also continues to engage in outpatient treatment. As promised, Kevin is dedicated to his recovery and to rebuilding his life.

Kevin wishes to seek the Court's permission to briefly travel to Texas October 5th-9th. Prior to filing this letter, we discussed the issue with USPO Lillian Cullen, who had no objections to Kevin's travel plans.

Thank you for your consideration. We are available at your convenience if the Court would like any additional information.

Respectfully,

/s *Terrence M. Connors*

Terrence M. Connors

Hon. Michael J. Roemer
Page 2

cc: AUSA Brendan T. Cullinane
    USPO Lillian Cullen
        (*via* electronic mail)

SO ORDERED this _____ day of September, 2017

_____
The Honorable Michael J. Roemer
United States Magistrate Judge