IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                          18-CR-78-A

KEVIN MYSZKA,

        Defendant.

---

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that the United States of America, by and through its Attorney, Trini E. Ross, United States Attorney for the Western District of New York, David J. Rudroff, Assistant United States Attorney, of counsel, hereby moves this Court for an adjournment of the previously scheduled sentencing schedule order regarding the defendant. The basis for this motion is set forth in the affidavit of the undersigned, which for the reasons set forth therein the government also moves to file separately under seal.

    DATED:  Buffalo, New York, August 12, 2024.

                                                      TRINI E. ROSS
                                                      United States Attorney

                        BY:    s/DAVID J. RUDROFF
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                716/843-5806
                                David.Rudroff@usdoj.gov